UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Steven C. Mannion |
| v. | : Mag. No. 14-6004 |
| RICARDO ROSARIO, ABRAHAM CORCINO, and ALEXIS SCOTT CARTHENS | : **SEALING ORDER** <br> : **FILED UNDER SEAL** |

This matter having come before the Court upon the application of the United States of America (Andrew S. Pak, Assistant U.S. Attorney, appearing), for arrest warrants for the above-captioned defendants and its concurrent application that the Complaint filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 9th day of September, 2014

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish their purpose, the Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrant of any of the above-captioned defendants is executed or until further order of the Court.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge